UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** September 18, 2014 (Time: 43 minutes)         **JUDGE:** Phyllis J. Hamilton

**Case No. and Name:**
4:14-cv-02681-PJH
Cyber Switching Patents, LLC v. Chatsworth, Inc.
4:14-cv-02682-PJH
Cyber Switching Patents, LLC v. Eaton, Inc.
4:14-cv-02683-PJH
Cyber Switching Patents, LLC v. Emerson, et al.
4:14-cv-02684-PJH
Cyber Switching Patents, LLC v. Methode Electronics, Inc.
4:14-cv-02689-PJH
Cyber Switching Patents, LLC v. Raritan Computer, Inc.
4:14-cv-02692-PJH
Cyber Switching Patents, LLC v. Schneider Electric IT USA, Inc. et al
4:14-cv-02693-PJH
Cyber Switching Patents, LLC v. Server Technology, Inc. et al

**Attorney(s) for Plaintiff:**       Daniel Mount; Kathryn Spelman; William Stewart

**Attorney(s) for Defendant:**       Benjamin Riley; Steven Hampton (Chatsworth)
Mike Bettinger (Eaton)
Robert Sloss; Don Jackson; Jay Berquist
(Advocent Hunstville and Liebert)
Matthew Blackburn (Methode)
Michael Babbitt (Raritan)
James Lin; Michael Murray (Schneider Electric)
Chris Hanewicz (Server Technology)

**Deputy Clerk:** Nichole Heuerman         **Court Reporter:** Not Reported

## PROCEEDINGS

      Initial Case Management Conference-Held.  A tutorial will be held on June 5, 2015 at 9:00 a.m. and a claim construction hearing will be held on June 17, 2015 at 9:00 a.m.  Plaintiff will be given 30 minutes for its tutorial presentation and defendants will be given one hour for their joint tutorial presentation.  The court adopts the parties discovery plan.  The parties shall meet and confer and within two weeks submit a stipulation as to all other dates up through claims construction.  The deadline for disclosures is extended only by 3 weeks to October 22, 2014.  Defendant Advocent Huntsville and Liebert are granted leave to file an early motion for summary judgment on invalidity of two patents.

### **REFERRALS:**

In case C 14-2681 PJH the parties are referred to Mediation to be completed by February 17, 2015.

In case C 14-2683 PJH the parties have already been referred to ENE and the deadline to complete ENE is extended to February 17, 2015.

In the remaining cases C 14-2682 PJH, C 14-2684 PJH, C 14-2689 PJH, C 14-2692 PJH and C 14-2693 PJH, the parties shall submit a stipulation within 60 days selecting an ADR process with a completion date of February 17, 2015.

**Order to be prepared by:   [] Pl [] Def [] Court**

**Notes:**

**cc: chambers; ADR**