U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Cyber Switching Patents, LLC d/b/a Cyber Switching,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Eaton Corporation,<br><br>　　　　　　Defendant. | Case No. 4:14-cv-02682-PJH<br><br>Related Cases: 4:14-cv-02681, 4:14-cv-02683, 4:14-cv-02684, 4:14-cv-02689, 4:14-cv-02692, 4:14-cv-02693<br><br>**STIPULATED MOTION TO CHANGE ADR PROCESS SELECTION**<br><br>Judge:　Hon. Phyllis J. Hamilton |

**STIPULATED MOTION TO CHANGE ADR PROCESS SELECTION**

　　Plaintiff Cyber Switching Patents, LLC ("Cyber Switching") and Defendant Eaton Corporation ("Eaton"), by and through their respective counsel and pursuant to Civil L.R. 7-12, hereby move for an order changing the Parties' ADR process selection from court mediation (Doc. No. 44) to private mediation without alteration to the deadline to complete the ADR process by 2/17/15 pursuant to minutes dated 9/18/14 (Doc. No. 29). Private mediation was originally, and continues to be, Eaton's preferred process. The Parties have now agreed to Mr. Roderick M. Thompson of Farella Braun + Martell LLP as provider.

///

///

| | |
|---|---|
| Dated: [Date] | Respectfully Submitted, |
| | *      /s/ Kathryn G. Spelman* |
| | Kathryn G. Spelman, Esq. (Cal. Bar No. 154512) |
| | kspelman@mount.com |
| | Jing H. Cherng (Cal. Bar No. 265017) |
| | gcherng@mount.com |
| | William H. Stewart (Cal. Bar No. 287782) |
| | wstewart@mount.com |
| | MOUNT, SPELMAN & FINGERMAN, P.C. |
| | RiverPark Tower, Suite 1650 |
| | 333 West San Carlos Street |
| | San Jose CA  95110-2740 |
| | Phone: (408) 279-7000 |
| | Fax:    (408) 998-1473 |
| | |
| | *Counsel for Plaintiff* |
| | *CYBER SWITCHING PATENTS, LLC* |
| | |
| | *     /s/ David S. Elkins* |
| | David S. Elkins (State Bar No. 148077) |
| | david.elkins@squirepb.com |
| | SQUIRE PATTON BOTTS (US) LLP |
| | 600 Hansen Way |
| | Palo Alto, California 94304 |
| | Telephone: 650-856-6500 |
| | Facsimile: 650-843-8777 |
| | |
| | Steven Michael Auvil |
| | steven.auvil@squirepb.com |
| | SQUIRE PATTON BOTTS (US) LLP |
| | 4900 Key Tower |
| | 127 Public Square |
| | Cleveland, OH 44114 |
| | Telephone: 216-479-8023 |
| | |
| | *Attorneys for Defendant and Counterclaimant* |
| | *EATON CORPORATION* |

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(b), I hereby attest that concurrence has been obtained from David S. Elkins and Kathryn G. Spelman as indicated by a "conformed" signature (/s/) within this e-filed document.

*     /s/ William H. Stewart*
William H. Stewart

///

- 1 -

Stipulated Motion to Change ADR Process Selection         Case No. 4:14-cv-02682-PJH

1  ///

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  Dated: 1/9/15

5  _____
   The Hon. Phyllis J. Hamilton
6  Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*